FILED BY YR D.C.
Aug 15, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

19-3309-MJ-LOUIS

**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
2019 JUN 26 PM 7: 19
FILED

| | |
|---|---|
| United States of America ) | |
| ) | No. 1:19-cr-130-01-JL |
| v. ) | |
| ) | |
| Lascelles Shand ) | |

## Indictment

The Grand Jury charges:

COUNT ONE
[False Statement in Application for a Passport – 18 U.S.C. § 1542]

On or about March 27, 2012, in the District of New Hampshire, the defendant,

**Lascelles Shand**,

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of such passport and rules prescribed pursuant to such laws. On or about March 27, 2012, **Shand** executed an Application for United States Passport (Form DS-11) at the Nashua, New Hampshire United States Post Office, on which application he falsely stated a name, date of birth, and place of birth that were not his own. **Shand** knew that these statements were false when made.

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL

Date: June 26, 2019                                   Grand Jury Foreperson

SCOTT W. MURRAY
United States Attorney

*[signature]*
Anna Dronzek
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

SEALED DOCUMENT

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br><br>LASCELLES SHAND<br><br>*Defendant* | )<br>)  Case No. 19-cr-130-01-JL<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  LASCELLES SHAND
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC §1542  False Statement in Application for Passport

Date: 6/27/19

*Kellie Otis*
Issuing officer's signature

Kellie Otis, Deputy Clerk
Printed name and title

City and state: Concord, New Hampshire

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____<br><br>Arresting officer's signature<br><br>Printed name and title |